IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MYMAIL, LTD., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:16-cv-01281 |
| v. | § | |
| | § | Jury Trial Demanded |
| OOVOO, LLC, | § | |
| | § | |
| *Defendant.* | § | |

**UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Plaintiff MyMail, Ltd. ("Plaintiff") respectfully moves to withdraw Mark D. Perantie, of the law firm Buether Joe & Carpenter, LLC, as an attorney of record in the above-referenced matter. The law firm Buether Joe & Carpenter, LLC will continue to represent Plaintiff. This withdrawal of counsel will not delay these proceedings, and no prejudice will result to any party. Additionally, the undersigned hereby requests that the Clerk of the Court remove his name from the list of persons authorized to receive electronic notices in this case.

Dated: January 31, 2017              Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

By:   */s/ Mark D. Perantie*
     Eric W. Buether
     State Bar No. 03316880
     Eric.Buether@BJCIPLaw.com
     Christopher M. Joe
     State Bar No. 00787770
     Chris.Joe@BJCIPLaw.com
     Brian A. Carpenter
     State Bar No. 03840600
     Brian.Carpenter@BJCIPLaw.com
     Mark D. Perantie
     State Bar No. 24053647
     Mark.Perantie@BJCIPLaw.com
     Michael D. Ricketts
     State Bar No. 24079208
     Mickey.Ricketts@BJCIPLaw.com

     1700 Pacific Avenue
     Suite 4750
     Dallas, Texas 75201
     Telephone:    (214) 466-1279
     Facsimile:    (214) 635-1830

**ATTORNEYS FOR PLAINTIFF
MYMAIL, LTD.**

## CERTIFICATE OF CONFERENCE

      I certify that counsel for Plaintiff conferred with counsel of record for Defendant via email on January 31, 2017, regarding the subject matter of this Motion. There was no opposition to the above motion.

                                                */s/ Mark D. Perantie*
                                                Mark D. Perantie

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 31st day of January, 2017. Any other counsel of record will be served by facsimile transmission and first class mail.

                                                */s/ Mark D. Perantie*
                                                Mark D. Perantie