UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| MYMAIL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> OOVOO, LLC, <br><br> Defendant. | Case No. 17-CV-04487-LHK <br><br> **JUDGMENT** |

On March 16, 2018, the Court granted Defendant's motion for judgment on the pleadings. ECF No. 90. Accordingly, the Clerk shall enter judgment in favor of Defendant on all claims and counterclaims. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 16, 2018

*Lucy H. Koh*

LUCY H. KOH
United States District Judge