Alfredo A. Bismonte (Cal. Bar. No. 136154)
Jeremy M. Duggan (Cal. Bar. No. 229854)
BECK, BISMONTE & FINLEY, LLP
150 Almaden Blvd, 10th Floor
San Jose, CA 95113
Tel:    (408) 938-7900
Fax:    (408) 938-0790
Email:  abismonte@beckllp.com
        jduggan@beckllp.com

BRIAN A. CARPENTER (Cal. Bar No. 262349)
Brian.Carpenter@BJCIPLaw.com
ERIC W. BUETHER (admitted *pro hac vice*)
Eric.Buether@BJCIPLaw.com
CHRISTOPHER M. JOE (admitted *pro hac vice*)
Chris.Joe@BJCIPlaw.com
**BUETHER JOE & CARPENTER, LLC**
1700 Pacific, Suite 4750
Dallas, TX  75201
Tel:    (214) 466-1270
Fax:    (214) 635-1842

**ATTORNEYS FOR PLAINTIFF
MYMAIL, LTD.**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| MYMAIL, LTD.,<br><br>          Plaintiff,<br><br>     v.<br><br>OOVOO, LLC,<br><br>          Defendant.<br><br>MYMAIL, LTD.,<br><br>          Plaintiff,<br><br>v.<br><br>IAC SEARCH & MEDIA, INC.,<br><br>          Defendant. | Case No. 5:17-CV-04487-LHK<br>Case No. 5:17-CV-04488-LHK (LEAD)<br><br>Honorable Lucy H. Koh<br><br>**NOTICE OF WITHDRAWAL OF MICHAEL D. RICKETTS AS COUNSEL FOR PLAINTIFF** |

Plaintiff MyMail, Ltd. ("Plaintiff" or "MyMail") respectfully requests the Court to remove Michael D. Ricketts as an attorney of record in the above captioned cases. Mr. Ricketts is no longer employed by Buether Joe & Carpenter, LLC. Plaintiff will continue to be represented by Buether Joe & Carpenter, LLC and Beck, Bismonte & Finley, LLP. Plaintiff further requests that the clerk terminate any further ECF notifications to Michael D. Ricketts.

| | |
|---|---|
| Dated:  May 18, 2020 | Respectfully submitted, |
| | **BECK, BISMONTE & FINLEY, LLP** |
| | <u>/s/ Christopher M. Joe</u> |
| | Alfredo A. Bismonte (Cal. Bar. No. 136154) |
| | Ronald C. Finley (Cal. Bar. No. 200549) |
| | 150 Almaden Blvd, 10th Floor |
| | San Jose, CA 95113 |
| | Telephone:     (408) 938-7900 |
| | Facsimile:      (408) 938-0790 |
| | Email:     abismonte@beckllp.com |
| | rfinley@beckllp.com |
| | |
| | **BUETHER JOE & CARPENTER, LLC** |
| | Brian A. Carpenter (Cal. Bar No. 262349) |
| | Eric W. Buether *(admitted PHV)* |
| | Christopher M. Joe *(admitted PHV)* |
| | 1700 Pacific Avenue, Suite 4750 |
| | Dallas, Texas  75201 |
| | Telephone:     (214) 466-1270 |
| | Facsimile:      (214) 635-1842 |
| | Email:     Brian.Carpenter@BJCIPLaw.com |
| | Eric.Buether@BJCIPLaw.com |
| | Chris.Joe@BJCIPLaw.com |
| | |
| | **ATTORNEYS FOR PLAINTIFF** |
| | **MYMAIL, LTD.** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May, 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

**BUETHER JOE & CARPENTER, LLC**

*/s/ Christopher M. Joe*
Christopher M. Joe *(Admitted PHV)*

**ATTORNEYS FOR PLAINTIFF**
**MYMAIL, LTD.**